| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Janice Jones aka Janice Gilard aka Janice M. Jones-Gilard aka Janice Gilard-Jones |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Missouri (State) |
| Case number | 18-48007 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Quest Trust 2005-X2, Asset Backed Certificates, Series 2005-X2

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to Identify the debtor's account: 0044

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
❏ Yes.  Date of the last notice:  _____/_____/_____

---

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | |
| 3. | Attorney Fees | $150.00 02/07/19 (Plan Review); $100.00 05/30/19 (Post-Petition Fee Notice); | (3) | $250.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | $350.00 02/05/19 (Proof of Claim); | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax Advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation expenses. Specify:_____ Other. | | (10) | |
| 11. | Specify:_____ Other. | | (11) | |
| 12. | Specify:_____ Other. | | (12) | |
| 13. | Specify:_____ Other. | | (13) | |
| 14. | Specify:_____ | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        page 1

| Debtor 1 | Janice Jones aka Janice Gilard aka Janice M. Jones-Gilard aka Janice Gilard-Jones | | | Case number *(if known)* | 18-48007 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| | ✗ /s/ MaryAnn Black | | Date | 5/30/2019 |
| | Signature | | | |
| Print | MaryAnn Black | | Title | Attorney for Creditor |
| | First Name    Middle Name    Last Name | | | |
| Company | Codilis, Moody & Circelli, P.C. | | | |
| Address | 15W030 North Frontage Road, Suite 200 | | | |
| | Number    Street | | | |
| | Burr Ridge        IL        60527 | | | |
| | City        State    ZIP Code | | | |
| Contact phone | (630) 794-5200 | | Email | bkpleadingsEASTERN@mo.cslegal.com |

File #26-19-00170

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 30, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 31, 2019.

Diana S. Daugherty, Chapter 13 Trustee, P. O. Box 430908, St. Louis, MO 63143 by electronic notice through ECF

Janice Jones aka Janice Gilard aka Janice M. Jones-Gilard aka Janice Gilard-Jones, Debtor(s), 9721 Cambria Drive, Saint Louis, MO 63136

Andrew R Magdy, Attorney for Debtor(s), 2700 Macklind Avenue, St. Louis, MO 63139 by electronic notice through ECF

Office of U.S. Trustee, 111 South 10th Street, Suite 6353, St. Louis, MO 63102 by electronic notice through ECF



                                                                              /s/ MaryAnn Black


Joseph J. Circelli #58421MO
Rachael A. Stokas #61282MO
Matthew M. Moses #62330MO
MaryAnn Black #59899MO
Joe.Circelli@mo.cslegal.com
Rachael.Stokas@il.cslegal.com
Matt.Moses@il.cslegal.com
Maryann.Black@mo.cslegal.com
**Codilis, Moody & Circelli, P.C.**
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527
(630) 794-5200
**FILE #(26-19-00170)**

NOTE: This law firm is a debt collector.

# Invoice # ███████  **PERSONAL INFORMATION REDACTED**  INVOICE DATE: 02/11/2019

**Invoice Submitted By:**
Codilis Stawiarski and Moody PC - Codilis Stawiarski and Moody PC
15
W 030 N Frontage Rd Suite 200
Burr Ridge IL 60527
630-794-5200
Vendor ID # ███████

**Order Information:**
Order #: ███████
Order Date: 12/24/2018
Order Type: Reorganization Plan
Loan #: ███████
Property Address: 9721 Cambria Dr, Saint Louis, MO 63136

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: ███████
Method: ACH
Payment Date: 02/19/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4212 | Review of Plan and Notice of Appearance-(Rec from Brwr) | 02/07/2019 | $150.00 |
| | | | | Total: | $150.00 |

Plan Review: Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. As per BKPLN 02-08-2019

Invoice management powered by:     05/23/2019 06:38:34 UTC Status: Approved

# Invoice # ███████████                                          INVOICE DATE: 02/06/2019

**Invoice Submitted By:**
Codilis Stawiarski and Moody PC - Codilis Stawiarski and Moody PC
15
W 030 N Frontage Rd Suite 200
Burr Ridge IL 60527
630-794-5200
Vendor ID # ███████

**Order Information:**
Order #: ███████████████████████
Order Date: 01/30/2019
Order Type: Proof of Claim
Loan #: ███████████
Property Address: 9721 Cambria Dr, Saint Louis, MO 63136

**Invoice Submitted To:**
Ocwen Loan Servicing,
1661 Worthington Rd. Suite 100,
West Palm Beach, FL 33409
561-682-8000

**Payment Information:**
Confirmation #: ███████
Method: ACH
Payment Date: 02/21/2019

| LINE # | EXPENSE CODE | CATEGORY CODE | DESCRIPTION | SERVICE DATE | AMOUNT |
|---|---|---|---|---|---|
| 1 | FB42 | FB4201 | Proof of Claim-(Recoverable from Borrower) | 02/05/2019 | $350.00 |
| | | | | **Total:** | **$750.00** |

#1: POC: Recoverable provided you file any required post-petition fee notice within 180 days of the charge being incurred in accordance with BK Rule 3002.1. #2: Preparation and Filing of Proof of Claim. Per local rules in Eastern Missouri BK District, fees are non-recoverable from the borrower. #3: Review and/or Preparation of Loan Payment History as part of the Official Form 410A. Per local rules in Eastern Missouri BK District, fees are non-recoverable from the borrower. As per POCF 02-05-2019
As per BKFBHA 02-05-2019

Invoice management powered by:     05/23/2019 06:39:02 UTC Status: Approved